FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   MAY 22 2017   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SOFIA MERCEDES, on behalf of herself and others
similarly situated,

                 Plaintiff,

-against-

CHABAD LUBAVITCH HOSPITALITY CENTER
ESHEL HACHNOSAS ORCHIM INC. d/b/a ESHEL
AVROHOM & SARA HOTEL, MENACHEM
(a/k/a "MENDY") HENDEL, GILAD BAZEL,
and GLORIA ARMIRA,

                 Defendants.
-----------------------------------------------------------X

Case No. 16-CV-6039
(~~SBT~~) (LB)

**STIPULATION AND ORDER OF DISMISSAL**

      WHEREAS, on November 1, 2016, Plaintiff filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

      WHEREAS, although commenced as a putative collective action under the FLSA, Plaintiff did not seek any certification and no individuals received notice of this action;

      WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

      WHEREAS, the United States District Court for the Eastern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
February 16, 2017

| | |
|---|---|
| CILENTI & COOPER, PLLC<br>*Attorneys for Plaintiffs*<br>708 Third Avenue – 6th Floor<br>New York, New York 10017<br>(212) 209-3933 | BRONSTEIN, GEWIRTZ,<br>& GROSSMAN, LLC<br>*Attorney for Defendants*<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br>(212) 697-6484 |
| By: /s/ Justin Cilenti | By: /s/ Edward N. Gewirtz |

SO ORDERED:

~~Carol B. Amon, U.S.D.J.~~

The Clerk of Court shall close the case.

So Ordered: /S/ Judge Lois Bloom
Lois Bloom
U.S. Magistrate Judge